## UNITED STATES DISTRICT COURT FOR THE
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| RYAN ROBB, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.   18-cv-02307 |
| ) | |
| BOARD OF TRUSTEES OF PARKLAND ) | |
| COLLEGE, COMMUNITY COLLEGE ) | |
| DISTRICT NO. 505, ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF SUPPLEMENTAL DISCOVERY DEPOSITION OF PLAINTIFF**

TO:   Ryan Robb
        c/o David Levin, his attorney
        111 West Jackson Blvd, Suite 1700
        Chicago, IL 60604

**PLEASE TAKE NOTICE** that Lorna K. Geiler, counsel for the Defendant, will take the discovery deposition of the Plaintiff, Ryan Robb on **June 13, 2022 at 11:00 a.m.** before Area Wide Reporting, or any other officer authorized by law to take depositions in like cases, at Meyer Capel, A Professional Corporation, 310 W. Church St., Champaign, IL 61820.

Dated this 1st day of June, 2022

**BOARD OF TRUSTEES OF COMMUNITY COLLEGE DISTRICT NO. 505 (PARKLAND COLLEGE) COUNTIES OF CHAMPAIGN, COLES, DEWITT, DOUGLAS, EDGAR, FORD, IROQUOIS, LIVINGSTON, MCLEAN, MOULTRIE, PIATT, VERMILION AND STATE OF ILLINOIS**, Defendant,
By: Meyer Capel, A Professional Corporation
By: **/s/ Lorna K. Geiler**
Lorna K. Geiler, Bar#6192940
Attorney for the Defendant
Meyer Capel, A Professional Corporation
306 W. Church St.
Champaign, IL 61820
Phone: (217) 352-1800
Email: lgeiler@meyercapel.com

**CERTIFICATE OF SERVICE BY ATTORNEY**

    In accordance with Fed.R.Civ.P. 5(a) and LR5.3(c) the undersigned attorney certifies that the foregoing **NOTICE OF SUPPLEMENTAL DISCOVERY DEPOSITION OF PLAINTIFF** was filed with the Clerk of this Court by submission of the same via this Court's Electronic Case File System ("ECF") on June 1, 2022 and that notice of said electronic filing will automatically be transmitted by email to:

**David Brian Levin -** dlevin@toddflaw.com

 

By:    **/s/ Lorna K. Geiler**
Lorna K. Geiler, Bar#6192940
Attorney for the Defendant
Meyer Capel, A Professional Corporation
306 W. Church St.
Champaign, IL 61820
Phone: (217) 352-1800
Email: lgeiler@meyercapel.com