# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| RYAN ROBB, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:18-cv-02307-SEM-EIL |
| ) | |
| ) | Honorable Judge Sue E. Myerscough |
| BOARD OF TRUSTEES OF PARKLAND ) | |
| COLLEGE, COMMUNITY COLLEGE ) | |
| DISTRICT NO. 505, ) | |
| ) | |
| Defendant. ) | |

## JOINT NOTICE OF ANTICIPATED DURATION OF TRIAL

NOW COME the Plaintiff, Ryan Robb, and the Defendant, Board of Trustees of Community College District No. 505, by and through their undersigned attorneys, and hereby notify the Court as follows:

The Parties anticipate the case will be ready to be submitted to the jury within eight (8) days.

RESPECTFULLY SUBMITTED,

RYAN ROBB

By: /s/ David B. Levin
Attorney for Plaintiff
Illinois Attorney No. 6212141
Law Offices of Todd M. Friedman, P.C.
111 W. Jackson Blvd., Suite 1700
Chicago, IL 60604
Phone: (224) 218-0882
Fax: (866) 633-0228
dlevin@toddflaw.com

BOARD OF TRUSTEES OF COMMUNITY
COLLEGE DISTRICT NO. 505 (PARKLAND
COLLEGE) COUNTIES OF CHAMPAIGN,
COLES, DEWITT, DOUGLAS, EDGAR, FORD,
IROQUOIS, LIVINGSTON, MCLEAN,
MOULTRIE, PIATT, VERMILION AND STATE
OF ILLINOIS


By: /s/ Lorna K. Geiler
Attorney for Defendant
Illinois Attorney No. 6192940
Meyer Capel, A Professional Corporation
306 W. Church St.
Champaign, IL 61820
Phone: (217) 352-1800
lgeiler@meyercapel.com

**CERTIFICATE OF SERVICE**

I hereby certify that, on June 17, 2022, a copy of the foregoing Notice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

/s/ David B. Levin
Attorney for Plaintiff