IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| RYAN ROBB, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:18-cv-02307-SEM-EIL |
| | ) | |
| | ) | Honorable Judge Sue E. Myerscough |
| BOARD OF TRUSTEES OF PARKLAND COLLEGE, COMMUNITY COLLEGE DISTRICT NO. 505, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

**JOINT MOTION TO SET TELEPHONE OR VIDEO STATUS CONFERENCE BEFORE HONORABLE JUDGE SUE E. MYERSCOUGH**

NOW COME the Parties, by and through their respective counsel, and respectfully request the Court set a Status Conference to be held via telephone or videoconference before Honorable Judge Sue E. Myerscough. In support therefore, the Parties state as follows:

1. This case is currently set for a Final Pretrial on January 20, 2023 at 2:00 p.m. The Jury Selection and Jury Trial are scheduled to begin on January 30, 2023 at 9:00 a.m.

2. The Parties respectfully request a Status Conference be set before Honorable Judge Sue E. Myerscough via telephone or videoconference so the Parties can discuss a few matters with the Court which are related to the Final Pretrial and Jury Trial.

3. The matters the Parties wish to discuss with the Court include the following: (a) whether the Court requires compliance with Fed. R. Civ. P. 26(a)(3), given that the information required by that rule will all included in the Final Pretrial Order; (b) whether the Court requires the Parties to file trial briefs and if so, whether there are specific issues the Court would like the Parties to address in those briefs; and (c) whether there are currently any other criminal or civil

cases set for trial or other matters which could result in the Court being unable to begin the trial of this case on January 30, 2023.

    4.    At this time, the attorneys for the Parties are available for a Status Conference via telephone or videoconference on Wednesday, December 21, 2022 at 1:00 p.m. or later, and on the morning of Tuesday, December 27, 2022. If the Court is unable to accommodate either of these time frames, the attorneys for the Parties can confer and try to find another time that would work for the Court.

    WHEREFORE, the Parties respectfully request the Court enter an Order setting a Status Conference before Honorable Judge Sue E. Myerscough via telephone or videoconference.

RESPECTFULLY SUBMITTED,

RYAN ROBB

By:    /s/ David B. Levin
    Attorney for Plaintiff
    Law Offices of Todd M. Friedman, P.C.
    111 W. Jackson Blvd., Suite 1700
    Chicago, IL 60604
    Phone: (224) 218-0882
    dlevin@toddflaw.com

BOARD OF TRUSTEES OF COMMUNITY COLLEGE DISTRICT NO. 505 (PARKLAND COLLEGE) COUNTIES OF CHAMPAIGN, COLES, DEWITT, DOUGLAS, EDGAR, FORD, IROQUOIS, LIVINGSTON, MCLEAN, MOULTRIE, PIATT, VERMILION AND STATE OF ILLINOIS

By:    /s/ Lorna K. Geiler
    Attorney for Defendant
    Meyer Capel, A Professional Corporation
    306 W. Church Street
    Champaign, IL 61820
    Phone: (217) 352-1800
    lgeiler@meyercapel.com

**CERTIFICATE OF SERVICE**

I hereby certify that, on December 19, 2022, a copy of the foregoing Motion was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

/s/ David B. Levin
Attorney for Plaintiff