# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| RYAN ROBB, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:18-cv-02307-SEM-EIL |
| | ) | |
| | ) | Honorable Judge Sue E. Myerscough |
| BOARD OF TRUSTEES OF COMMUNITY | ) | |
| COLLEGE, DISTRICT NO. 505 (PARKLAND | ) | |
| COLLEGE) COUNTIES OF CHAMPAIGN, | ) | |
| COLES, DEWITT, DOUGLAS, EDGAR, FORD, | ) | |
| IROQUOIS, LIVINGSTON, MCLEAN, | ) | |
| MOULTRIE, PIATT, VERMILION AND STATE | ) | |
| OF ILLINOIS, | ) | |
| | ) | |
| Defendant. | ) | |

Counsel for Plaintiff hereby notifies the Court and all parties of the following change of office address, effective January 1, 2023:

> David B. Levin
> Law Offices of Todd M. Friedman, P.C.
> 707 Skokie Blvd.
> Suite 600
> Northbrook, IL 60062

Respectfully Submitted,

/s/ David B. Levin
Attorney for Plaintiff
Law Offices of Todd M. Friedman. P.C.
707 Skokie Blvd., Suite 600
Northbrook, IL 60062
Phone: (224) 218-0882
Fax: (866) 633-0228
dlevin@toddflaw.com

**CERTIFICATE OF SERVICE**

  I, David B. Levin, attorney for the Plaintiff herein, certify that on December 28, 2022, a copy of the foregoing Notice of Change of Address was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing systems to all parties indicated on the electronic filing receipt.

                /s/ David B. Levin
                Attorney for Plaintiff