# UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| RYAN ROBB, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 18-cv-02307 |
| ) | |
| BOARD OF TRUSTEES OF PARKLAND ) | |
| COLLEGE, COMMUNITY COLLEGE ) | |
| DISTRICT NO. 505, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SECOND SUPPLEMENTAL DISCOVERY DEPOSITION OF PLAINTIFF

TO:  Ryan Robb
  c/o David Levin, his attorney
  707 Skokie Blvd
  Suite 600
  Northbrook, IL 60062

**PLEASE TAKE NOTICE** that Lorna K. Geiler, counsel for the Defendant, will take the discovery deposition of the Plaintiff, Ryan Robb on **January 13, 2023 at 1:00 p.m.** before Area Wide Reporting, or any other officer authorized by law to take depositions in like cases, at **Meyer Capel, A Professional Corporation, 306 W. Church St., Champaign, IL 61820**. The deposition will be recorded by stenographic means.

Counsel for the Plaintiff will appear remotely via audio video conference using the Zoom Video Communications platform. Instructions for linking into the deposition will be provided to Plaintiff's counsel separately.

Dated: 1/12/2023

  BOARD OF TRUSTEES OF
  COMMUNITY COLLEGE DISTRICT NO.
  **505 (PARKLAND COLLEGE) COUNTIES OF CHAMPAIGN, COLES, DEWITT, DOUGLAS, EDGAR, FORD, IROQUOIS, LIVINGSTON, MCLEAN, MOULTRIE, PIATT, VERMILION AND STATE OF ILLINOIS**, Defendant,
  By: Meyer Capel, A Professional Corporation
  By: **/s/ Lorna K. Geiler**
  Lorna K. Geiler, Bar#6192940
  Attorney for the Defendant
  Meyer Capel, A Professional Corporation
  306 W. Church St.
  Champaign, IL 61820
  Phone: (217) 352-1800
  Email: lgeiler@meyercapel.com

**CERTIFICATE OF SERVICE BY ATTORNEY**

      In accordance with Fed.R.Civ.P. 5(a) and LR5.3(c) the undersigned attorney certifies that the foregoing **NOTICE OF SECOND SUPPLEMENTAL DISCOVERY DEPOSITION OF PLAINTIFF** was filed with the Clerk of this Court by submission of the same via this Court's Electronic Case File System ("ECF") on January 12, 2023 and that notice of said electronic filing will automatically be transmitted by email to:

**David Brian Levin -** dlevin@toddflaw.com

**A copy of the Notice is also being transmitted via email to:**

**Area Wide Reporting Service –** teri@areawide.net


      By:   **/s/ Lorna K. Geiler**
                 Lorna K. Geiler, Bar#6192940
                 Attorney for the Defendant
                 Meyer Capel, A Professional Corporation
                 306 W. Church St.
                 Champaign, IL 61820
                 Phone: (217) 352-1800
                 Email: lgeiler@meyercapel.com