# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

| | | | |
|---|---|---|---|
| RYAN ROBB, | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| v. | ) | Case No. | 18-cv-02307 |
| | ) | | |
| BOARD OF TRUSTEES OF COMMUNITY COLLEGE DISTRICT NO. 505 (PARKLAND COLLEGE) COUNTIES OF CHAMPAIGN, COLES, DEWITT, DOUGLAS, EDGAR, FORD, IROQUOIS, LIVINGSTON, MCLEAN, MOULTRIE, PIATT, VERMILION AND STATE OF ILLINOIS, | ) ) ) ) ) ) ) | | |
| Defendant. | ) | | |

## DEFENDANT'S SECOND MOTION IN LIMINE
### (Ryan Robb – Loss of Income from Farm Operation)

NOW COMES the Defendant, BOARD OF TRUSTEES OF COMMUNITY COLLEGE DISTRICT NO. 505 (PARKLAND COLLEGE) COUNTIES OF CHAMPAIGN, COLES, DEWITT, DOUGLAS, EDGAR, FORD, IROQUOIS, LIVINGSTON, MCLEAN, MOULTRIE, PIATT, VERMILION AND STATE OF ILLINOIS ("Parkland College,") by its attorneys Meyer Capel, A Professional Corporation, and for its Second Motion in Limine requests that this Court prohibit the Plaintiff from testifying or counsel for the Plaintiff from introducing or eliciting any testimony, making any statement or offering any evidence relating to loss of income from Plaintiff's farm operation.

1. Plaintiff has never provided any basis for damages for loss of income in his farming operation resultant from his loss of employment at Parkland College.

2. The closest he has come to such disclosure was to claim that he was forced to sell cattle earlier than he would have preferred.

3. Counsel for the Plaintiff and Counsel for the Defendant have conferred previously regarding this matter and have agreed that he will not be claiming a direct loss of income due to the sale of his cattle; however, in an abundance of caution, counsel for the Defendant files this Motion.

WHEREFORE, the Defendant respectfully request that the court prohibit the Plaintiff from testifying or counsel for the Plaintiff from introducing or eliciting any testimony, making any statement or offering any evidence relating to loss of income from the Plaintiff's farm operation.

GRANTED: _____  DENIED: _____

Respectfully submitted,

**BOARD OF TRUSTEES OF COMMUNITY COLLEGE DISTRICT NO. 505 (PARKLAND COLLEGE) COUNTIES OF CHAMPAIGN, COLES, DEWITT, DOUGLAS, EDGAR, FORD, IROQUOIS, LIVINGSTON, MCLEAN, MOULTRIE, PIATT, VERMILION AND STATE OF ILLINOIS**, Defendant,

By: Meyer Capel, A Professional Corporation

By: **/s/ Lorna K. Geiler**
Lorna K. Geiler, Bar#6192940
Attorney for the Defendant
Meyer Capel, A Professional Corporation
306 W. Church St.
Champaign, IL 61820
Phone: (217) 352-9294
Email: lgeiler@meyercapel.com

**CERTIFICATE OF SERVICE BY ATTORNEY**

      In accordance with Fed.R.Civ.P. 5(a) and LR5.3(c) the undersigned attorney certifies that the foregoing **DEFENDANT'S SECOND MOTION IN LIMINE (Ryan Robb – Loss of Income from Farm Operation)** was filed with the Clerk of this Court by submission of the same via this Court's Electronic Case File System ("ECF") on January 18, 2023 and that notice of said electronic filing will automatically be transmitted by email to:

**David Brian Levin -** dlevin@toddflaw.com

**Steven Gene Perry -** sperry@toddflaw.com

                      By:    **/s/ Lorna K. Geiler**
                                  Lorna K. Geiler, Bar#6192940
                                  Attorney for the Defendant
                                  Meyer Capel, A Professional Corporation
                                  306 W. Church St.
                                  Champaign, IL 61820
                                  Phone: (217) 352-1800
                                  Email: lgeiler@meyercapel.com