UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| RYAN ROBB, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.   18-cv-02307 |
| | ) | |
| BOARD OF TRUSTEES OF COMMUNITY COLLEGE DISTRICT NO. 505 (PARKLAND COLLEGE) COUNTIES OF CHAMPAIGN, COLES, DEWITT, DOUGLAS, EDGAR, FORD, IROQUOIS, LIVINGSTON, MCLEAN, MOULTRIE, PIATT, VERMILION AND STATE OF ILLINOIS, | ) ) ) ) ) ) ) | |
| Defendant. | ) | |

**DEFENDANT'S THIRD MOTION IN LIMINE**
**(Punitive Damages)**

NOW COMES the Defendant, BOARD OF TRUSTEES OF COMMUNITY COLLEGE DISTRICT NO. 505 (PARKLAND COLLEGE) COUNTIES OF CHAMPAIGN, COLES, DEWITT, DOUGLAS, EDGAR, FORD, IROQUOIS, LIVINGSTON, MCLEAN, MOULTRIE, PIATT, VERMILION AND STATE OF ILLINOIS ("Parkland College,") by its attorneys Meyer Capel, A Professional Corporation, and moves this Honorable Court to bar, *in limine*, any and all *voir dire*, statement, testimony, questioning, impeachment, cross examination, expert testimony or opinion, argument, by innuendo or otherwise, at any time during the course of the trial of this action, before any member of the venire, a panel, or jury, items of evidence or arguments directly or indirectly relating to punitive damages, and in support thereof, states:

1. Defendant anticipates that Plaintiff may attempt to argue or introduce evidence or opinions suggesting that:

      a.      Defendant engaged in a discriminatory practice with malice or with reckless indifference to Plaintiff's protected rights; or,

      b.      Punitive damages are available as an element of damages in this action.

2.      Any such evidence or opinion would be inadmissible because punitive damages are not available against the Defendant in this case.

3.      42 U.S.C. § 1981a(b)(1) provides: "A complaining party may recover punitive damages under this section against a respondent (<u>other than a government, government agency or political subdivision</u>) if the complaining party demonstrates that the respondent engaged in a discriminatory practice or discriminatory practices with malice or with reckless indifference to the federally protected rights of an aggrieved individual." [Emphasis added.]

4.      Additionally, the Illinois Local Governmental and Governmental Tort Immunity Act provides that local public entities are not liable for punitive or exemplary damages. 745 ILCS 10/2-102 ("Notwithstanding any other provision of law, a local public entity is not liable to pay punitive or exemplary damages in any action brought directly or indirectly against it by the injured party or a third party. . .")

5.      Multiple federal district courts in Illinois have held that punitive damages are unavailable against public entities, including community colleges. *See e.g.*, *Miraki v. Chicago State University*, 259 F. Supp. 2d 727, 731 (N.D. Ill. 2003), *Tarpley v. City Colleges of Chicago*, 87 F. Supp. 3d 908, 916 n.5 (N.D. Ill. 2015), *Shaikh v. Watson*, No. 10 C 1715, 2011 U.S. Dist. LEXIS 13241, at *6-7 (N.D. Ill. Feb. 8, 2011), and *Herrera v. Morton College*, No. 06 C 5138, 2008 U.S. Dist. LEXIS 138696, at *10-11 (N.D. Ill. July 9, 2008).

WHEREFORE, the Defendant, BOARD OF TRUSTEES OF COMMUNITY COLLEGE DISTRICT NO. 505 (PARKLAND COLLEGE) COUNTIES OF CHAMPAIGN, COLES,

DEWITT, DOUGLAS, EDGAR, FORD, IROQUOIS, LIVINGSTON, MCLEAN, MOULTRIE, PIATT, VERMILION AND STATE OF ILLINOIS, moves the Court to enter an order excluding the evidence or testimony outlined above, and prohibiting any questions, arguments or commentary during any stage of the trial relating in any way to the aforesaid matters.

GRANTED:_____    DENIED: _____

Respectfully submitted,

**BOARD OF TRUSTEES OF COMMUNITY COLLEGE DISTRICT NO. 505 (PARKLAND COLLEGE) COUNTIES OF CHAMPAIGN, COLES, DEWITT, DOUGLAS, EDGAR, FORD, IROQUOIS, LIVINGSTON, MCLEAN, MOULTRIE, PIATT, VERMILION AND STATE OF ILLINOIS**, Defendant,

By: Meyer Capel, A Professional Corporation

By: **/s/ Lorna K. Geiler**
Lorna K. Geiler, Bar#6192940
Attorney for the Defendant
Meyer Capel, A Professional Corporation
306 W. Church St.
Champaign, IL 61820
Phone: (217) 352-9294
Email: lgeiler@meyercapel.com

3

**CERTIFICATE OF SERVICE BY ATTORNEY**

In accordance with Fed.R.Civ.P. 5(a) and LR5.3(c) the undersigned attorney certifies that the foregoing **DEFENDANT'S THIRD MOTION IN LIMINE (Punitive Damages)** was filed with the Clerk of this Court by submission of the same via this Court's Electronic Case File System ("ECF") on January 18, 2023 and that notice of said electronic filing will automatically be transmitted by email to:

**David Brian Levin -** dlevin@toddflaw.com

**Steven Gene Perry -** sperry@toddflaw.com

By: **/s/ Lorna K. Geiler**
Lorna K. Geiler, Bar#6192940
Attorney for the Defendant
Meyer Capel, A Professional Corporation
306 W. Church St.
Champaign, IL 61820
Phone: (217) 352-1800
Email: lgeiler@meyercapel.com