UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| RYAN ROBB, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.   18-cv-02307 |
| ) | |
| BOARD OF TRUSTEES OF COMMUNITY COLLEGE ) | |
| DISTRICT NO. 505 (PARKLAND COLLEGE) ) | |
| COUNTIES OF CHAMPAIGN, COLES, DEWITT, ) | |
| DOUGLAS, EDGAR, FORD, IROQUOIS, ) | |
| LIVINGSTON, MCLEAN, MOULTRIE, PIATT, ) | |
| VERMILION AND STATE OF ILLINOIS, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S FOURTH MOTION IN LIMINE**
**(Cassandra Wolsic Charge of Discrimination)**

NOW COMES the Defendant, BOARD OF TRUSTEES OF COMMUNITY COLLEGE DISTRICT NO. 505 (PARKLAND COLLEGE) COUNTIES OF CHAMPAIGN, COLES, DEWITT, DOUGLAS, EDGAR, FORD, IROQUOIS, LIVINGSTON, MCLEAN, MOULTRIE, PIATT, VERMILION AND STATE OF ILLINOIS ("Parkland College,") by its attorneys Meyer Capel, A Professional Corporation, and for its Fourth Motion in Limine requests that this Court prohibit the Plaintiff from testifying or counsel for the Plaintiff from introducing or eliciting any testimony, making any statement or offering any evidence relating to the underlying facts of Cassandra Wolsic Charge of Discrimination.

1. The underlying basis of Plaintiff's claims is illegal retaliation for his having participated in Ms. Wolsic's EEOC Charge.

2. While the fact that she indeed filed a Charge is likely proper evidence, the underlying allegations of said Charge and any evidence the Plaintiff could or did offer in support of same is of no relevance to this matter.

3. Clearly, prejudice would result if Plaintiff offered testimony of Wolsic's allegations of illegal discrimination against the Defendant.

WHEREFORE, the Defendant respectfully requests the Court prohibit the Plaintiff from introducing or eliciting any testimony, making any statement or offering any evidence relating to the underlying facts of the Cassandra Wolsic Charge of Discrimination.

GRANTED:_____     DENIED: _____

Respectfully submitted,

**BOARD OF TRUSTEES OF COMMUNITY COLLEGE DISTRICT NO. 505 (PARKLAND COLLEGE) COUNTIES OF CHAMPAIGN, COLES, DEWITT, DOUGLAS, EDGAR, FORD, IROQUOIS, LIVINGSTON, MCLEAN, MOULTRIE, PIATT, VERMILION AND STATE OF ILLINOIS**, Defendant,

By: Meyer Capel, A Professional Corporation

By: **/s/ Lorna K. Geiler**
Lorna K. Geiler, Bar#6192940
Attorney for the Defendant
Meyer Capel, A Professional Corporation
306 W. Church St.
Champaign, IL 61820
Phone: (217) 352-9294
Email: lgeiler@meyercapel.com

## CERTIFICATE OF SERVICE BY ATTORNEY

In accordance with Fed.R.Civ.P. 5(a) and LR5.3(c) the undersigned attorney certifies that the foregoing **DEFENDANT'S FOURTH MOTION IN LIMINE(Cassandra Wolsic Charge of Discrimination)** was filed with the Clerk of this Court by submission of the same via this Court's Electronic Case File System ("ECF") on January 18, 2023 and that notice of said electronic filing will automatically be transmitted by email to:

**David Brian Levin -** dlevin@toddflaw.com

**Steven Gene Perry -** sperry@toddflaw.com

By: **/s/ Lorna K. Geiler**
Lorna K. Geiler, Bar#6192940
Attorney for the Defendant
Meyer Capel, A Professional Corporation
306 W. Church St.
Champaign, IL 61820
Phone: (217) 352-1800
Email: lgeiler@meyercapel.com