## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

| | |
|---|---|
| RYAN ROBB, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.    18-cv-02307 |
| | ) |
| BOARD OF TRUSTEES OF COMMUNITY COLLEGE | ) |
| DISTRICT NO. 505 (PARKLAND COLLEGE) | ) |
| COUNTIES OF CHAMPAIGN, COLES, DEWITT, | ) |
| DOUGLAS, EDGAR, FORD, IROQUOIS, | ) |
| LIVINGSTON, MCLEAN, MOULTRIE, PIATT, | ) |
| VERMILION AND STATE OF ILLINOIS, | ) |
| | ) |
| Defendant. | ) |

## DEFENDANT'S FIFTH MOTION IN LIMINE
### (Kaizad Irani)

NOW COMES the Defendant, BOARD OF TRUSTEES OF COMMUNITY COLLEGE DISTRICT NO. 505 (PARKLAND COLLEGE) COUNTIES OF CHAMPAIGN, COLES, DEWITT, DOUGLAS, EDGAR, FORD, IROQUOIS, LIVINGSTON, MCLEAN, MOULTRIE, PIATT, VERMILION AND STATE OF ILLINOIS ("Parkland College,") by its attorneys Meyer Capel, A Professional Corporation, and for its Fifth Motion in Limine requests that this Court limit Mr. Irani's testimony to the testimony already disclosed in his Declaration (Document #55-7) or outside of the disclosed knowledge of Mr. Irani in Plaintiff's discovery responses and prohibit counsel for the Plaintiff from introducing or eliciting any additional testimony, statements or evidence from Mr. Irani.

1. Plaintiff identified Kaizad Irani and his possible testimony first in his Answers to Interrogatories as follows:

<u>Kaizad Irani</u>-Instructor of Agriculture and Horticulture; has knowledge relating to Defendant excluding Plaintiff from certain department meetings, also has knowledge of the fact that he only has an architectural degree but was allowed to teach courses outside of that subject.

2. Plaintiff also disclosed Mr. Irani as a possible witness to a complaint regarding the Plaintiff as is more fully set forth in his declaration previously filed in this matter and attached hereto as **Exhibit 1** for ease of reference.

WHEREFORE, the Defendant, BOARD OF TRUSTEES OF COMMUNITY COLLEGE DISTRICT NO. 505 (PARKLAND COLLEGE) COUNTIES OF CHAMPAIGN, COLES, DEWITT, DOUGLAS, EDGAR, FORD, IROQUOIS, LIVINGSTON, MCLEAN, MOULTRIE, PIATT, VERMILION AND STATE OF ILLINOIS, moves the Court to enter an order excluding the evidence or testimony outlined above, and prohibiting any questions, arguments or commentary during any stage of the trial relating in any way to the aforesaid matters.

GRANTED:_____            DENIED: _____

Respectfully submitted,

**BOARD OF TRUSTEES OF COMMUNITY COLLEGE DISTRICT NO. 505 (PARKLAND COLLEGE) COUNTIES OF CHAMPAIGN, COLES, DEWITT, DOUGLAS, EDGAR, FORD, IROQUOIS, LIVINGSTON, MCLEAN, MOULTRIE, PIATT, VERMILION AND STATE OF ILLINOIS**, Defendant,

By: Meyer Capel, A Professional Corporation

By: **/s/ Lorna K. Geiler**
    Lorna K. Geiler, Bar#6192940
    Attorney for the Defendant
    Meyer Capel, A Professional Corporation
    306 W. Church St.
    Champaign, IL 61820
    Phone: (217) 352-9294
    Email: lgeiler@meyercapel.com

## CERTIFICATE OF SERVICE BY ATTORNEY

In accordance with Fed.R.Civ.P. 5(a) and LR5.3(c) the undersigned attorney certifies that the foregoing **DEFENDANT'S FIFTH MOTION IN LIMINE (Kaizad Irani)** was filed with the Clerk of this Court by submission of the same via this Court's Electronic Case File System ("ECF") on January 18, 2023 and that notice of said electronic filing will automatically be transmitted by email to:

**David Brian Levin -** dlevin@toddflaw.com

**Steven Gene Perry -** sperry@toddflaw.com

                By:    **/s/ Lorna K. Geiler**
                        Lorna K. Geiler, Bar#6192940
                        Attorney for the Defendant
                        Meyer Capel, A Professional Corporation
                        306 W. Church St.
                        Champaign, IL 61820
                        Phone: (217) 352-1800
                        Email: lgeiler@meyercapel.com

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| RYAN ROBB,<br><br>    Plaintiff,<br><br>v.<br><br>BOARD OF TRUSTEES OF COMMUNITY COLLEGE DISTRICT NO. 505 (PARKLAND COLLEGE) COUNTIES OF CHAMPAIGN, COLES, DEWITT, DOUGLAS, EDGAR, FORD, IROQUOIS, LIVINGSTON, MCLEAN, MOULTRIE, PIATT, VERMILION AND STATE OF ILLINOIS,<br><br>    Defendant. | Case No. 2:18-cv-02307-SEM-EIL<br><br>**DECLARATION OF KAIZAD IRANI** |

1. My name is Kaizad Irani. I am over the age of 18 years and if called upon to testify in this case, I could competently testify as follows.

2. I have been acquainted with the Plaintiff, Ryan Robb, since he was hired as a full-time faculty member at Parkland College in 2003.

3. Ryan Robb and I were full-time faculty members together at Parkland College for approximately 16 years, until I retired in 2019.

4. I was on the hiring committee when Ryan Robb was interviewed and hired by Parkland College and I was involved in reviewing his credentials and experience at that time.

5. I first started at Parkland College as a part-time faculty member in approximately 1999. I became a full-time faculty member at Parkland College in 2002. I wa

KI

DEFENDANT'S
EXHIBIT
1

Program Director for the Parkland College Flight Line approximately one year after I started teaching there.

6. I taught various Agriculture and Agri-Business courses at Parkland College, including, but not limited to, AGB 112 Concepts in Agriculture, AGB 135 Agricultural Business Management I, and AGB 155 Agriculture Salesmanship. I also taught various Horticulture and Landscape courses.

7. I was also on the hiring committee when Theresa Meers was interviewed and hired by Parkland College and I was involved in reviewing her credentials and experience at that time.

8. While I was still working at Parkland College, Theresa Meers was teaching AGB 105 Agricultural Applications of the Computer.

9. Theresa Meers was hired as a full-time faculty member at Parkland College approximately three years after Ryan Robb was hired as a full-time faculty member at Parkland College. This means that Ryan Robb had seniority over Theresa Meers and other full-time faculty members in our department who were hired after Ryan Robb.

10. James Mansfield was the Faculty Chair of the Agriculture/Engineering Science and Technologies Department at Parkland College during my last three years there.

11. James Mansfield was the Faculty Chair at Parkland College in charge of assigning course load for faculty members teaching Agriculture, Agri-Business, Horticulture, and Landscape courses.

12. I reviewed the email message attached to this Declaration as Exhibit A, which was sent from Clayton Smith to James Mansfield on February 14, 2017. In that email message, Clayton Smith describes a situation he claims to have witnessed on February 8, 2017, during which Ryan

2

Robb was supposedly screaming at me. Such statement of the email message that Ryan Robb was screaming at me is false.

13. Due to my current medical conditions, which include diabetes, high blood pressure, and recovering from double bypass open heart surgery, I am providing this Declaration in lieu of giving my deposition in this case.

14. Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 21, 2020

_____
Kaizad Irani

| | |
|---|---|
| From: | Clayton R. Smith |
| To: | Jim Mansfield |
| Date: | Tuesday, February 14, 2017 11:34:08 AM |

Jim,

During the student parent night we had on February 8th there was an incident that occurred that I think needs to be brought to your attention. While bringing a group of students and parents through the W building I walked by the computer lab, W112 where I saw and heard Ryan Robb screaming at Kaizad Irani. I an effort to keep the group I was escorting from seeing or hearing what was occurring I rushed them into class room. At this time one of our student workers also informed me of what was going on. I went back to check on the situation and I saw Kaizad leaving as I walked down the hallway. On the following Friday I asked Kaizad what had happened and he told me that Ryan had asked him to come into his class and started screaming and yelling. Kaizad said that he quickly left the event to diffuse the situation. My concerns are that this occurred while we were trying to recruit new students and that this was done with Ryan's students present in a class. I feel that this type of behavior is very unprofessional and is damaging to Parkland College. If you have any further questions give me a call at 217-493-2821.

Thanks,
Clayton Smith

# EXHIBIT A