UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| RYAN ROBB, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BOARD OF TRUSTEES OF COMMUNITY COLLEGE ) <br> DISTRICT NO. 505 (PARKLAND COLLEGE) ) <br> COUNTIES OF CHAMPAIGN, COLES, DEWITT, ) <br> DOUGLAS, EDGAR, FORD, IROQUOIS, ) <br> LIVINGSTON, MCLEAN, MOULTRIE, PIATT, ) <br> VERMILION AND STATE OF ILLINOIS, ) <br> ) <br> Defendant. ) | Case No. 18-cv-02307 |

**DEFENDANT'S SIXTH MOTION IN LIMINE**
**(Lost Wages or Benefits)**

NOW COMES the Defendant, BOARD OF TRUSTEES OF COMMUNITY COLLEGE DISTRICT NO. 505 (PARKLAND COLLEGE) COUNTIES OF CHAMPAIGN, COLES, DEWITT, DOUGLAS, EDGAR, FORD, IROQUOIS, LIVINGSTON, MCLEAN, MOULTRIE, PIATT, VERMILION AND STATE OF ILLINOIS ("Parkland College,") by its attorneys Meyer Capel, A Professional Corporation, and moves this Honorable Court to bar, *in limine*, any and all *voir dire*, statement, testimony, questioning, impeachment, cross examination, expert testimony or opinion, argument, by innuendo or otherwise, at any time during the course of the trial of this action, before any member of the venire, a panel, or jury, items of evidence or arguments directly or indirectly relating to lost wages or benefits, and in support thereof, states:

1. Defendant anticipates that Plaintiff may attempt to argue or introduce evidence or opinions before the jury suggesting that he is entitled to lost wages and benefits.

2. Evidence of lost wages or benefits should not be considered by the jury. *See*,

Federal Civil Jury Instructions of the Seventh Circuit – Model Instruction 3.10 ("In calculating damages, you should not consider the issue of lost wages and benefits. The court will calculate and determine any damages for past or future lost wages and benefits"); and, 42 U.S.C. § 1981a(b)(2) ("Compensatory damages awarded under this section shall not include backpay, interest on backpay, or any other type of relief authorized under section 706(g) of the Civil Rights Act of 1964.")

WHEREFORE, the Defendant, BOARD OF TRUSTEES OF COMMUNITY COLLEGE DISTRICT NO. 505 (PARKLAND COLLEGE) COUNTIES OF CHAMPAIGN, COLES, DEWITT, DOUGLAS, EDGAR, FORD, IROQUOIS, LIVINGSTON, MCLEAN, MOULTRIE, PIATT, VERMILION AND STATE OF ILLINOIS, moves the Court to enter an order excluding the evidence or testimony outlined above, and prohibiting any questions, arguments or commentary during any stage of the trial relating in any way to the aforesaid matters.

GRANTED: _____    DENIED: _____

Respectfully submitted,
**BOARD OF TRUSTEES OF COMMUNITY COLLEGE DISTRICT NO. 505 (PARKLAND COLLEGE) COUNTIES OF CHAMPAIGN, COLES, DEWITT, DOUGLAS, EDGAR, FORD, IROQUOIS, LIVINGSTON, MCLEAN, MOULTRIE, PIATT, VERMILION AND STATE OF ILLINOIS**, Defendant,
By: Meyer Capel, A Professional Corporation

By: **/s/ Lorna K. Geiler**
Lorna K. Geiler, Bar#6192940
Attorney for the Defendant
Meyer Capel, A Professional Corporation
306 W. Church St.
Champaign, IL 61820
Phone: (217) 352-9294
Email: lgeiler@meyercapel.com

**CERTIFICATE OF SERVICE BY ATTORNEY**

In accordance with Fed.R.Civ.P. 5(a) and LR5.3(c) the undersigned attorney certifies that the foregoing **DEFENDANT'S SIXTH MOTION IN LIMINE (Lost Wages or Benefits)** was filed with the Clerk of this Court by submission of the same via this Court's Electronic Case File System ("ECF") on January 18, 2023 and that notice of said electronic filing will automatically be transmitted by email to:

**David Brian Levin -** dlevin@toddflaw.com

**Steven Gene Perry -** sperry@toddflaw.com

By:   **/s/ Lorna K. Geiler**
        Lorna K. Geiler, Bar#6192940
        Attorney for the Defendant
        Meyer Capel, A Professional Corporation
        306 W. Church St.
        Champaign, IL 61820
        Phone: (217) 352-1800
        Email: lgeiler@meyercapel.com