E-FILED
Wednesday, 18 January, 2023  04:32:14 PM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| RYAN ROBB, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 18-cv-02307 |
| | ) | |
| BOARD OF TRUSTEES OF COMMUNITY COLLEGE | ) | |
| DISTRICT NO. 505 (PARKLAND COLLEGE) | ) | |
| COUNTIES OF CHAMPAIGN, COLES, DEWITT, | ) | |
| DOUGLAS, EDGAR, FORD, IROQUOIS, | ) | |
| LIVINGSTON, MCLEAN, MOULTRIE, PIATT, | ) | |
| VERMILION AND STATE OF ILLINOIS, | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S PROPOSED VOIR DIRE QUESTIONS

NOW COMES the Defendant, BOARD OF TRUSTEES OF COMMUNITY COLLEGE DISTRICT NO. 505 (PARKLAND COLLEGE) COUNTIES OF CHAMPAIGN, COLES, DEWITT, DOUGLAS, EDGAR, FORD, IROQUOIS, LIVINGSTON, MCLEAN, MOULTRIE, PIATT, VERMILION AND STATE OF ILLINOIS ("Parkland College,") by its attorneys Meyer Capel, A Professional Corporation and submits the following proposed Voir Dire Questions:

1. Have you or a family member ever been laid off from a job?
2. What were the circumstances of that lay off?
3. Has any employer ever terminated you from a job for reasons that you felt were unfair?
4. Do you believe, based on that experience, that you can be fair to the parties in this case since it involves the layoff of Mr. Robb?
5. Have you ever sued an employer or former employer?
6. What were the circumstances?
7. Have you ever made a complaint of discrimination against a co-worker or your employer?
8. What were the circumstances?
9. Are you currently, or have you ever been, a member of a labor union as part of any job that you have held? If yes,
   (a)    What union?
   (b)    How long have you been a member of that labor union?

10. Have you ever been the victim of conduct in the workplace that you believe was discrimination, harassment, or retaliation?
11. Has fear or concern about retaliation ever caused you to refrained from reporting a situation in your workplace that you thought was not right?
12. Are you employed? If yes,

    (a)    Who is your employer?

    (b)    What is your job title?

    (c)    How long have you worked there?

    (d)    Do you currently supervise any employees in that position?

If no,

    (a)    Who was your last employer?

    (b)    How long have you been unemployed?

    (c)    What was your job title with your last employer?

    (d)    How did your last employment end?

    (e)    Did you supervise any employees in that position?

Respectfully submitted,
**BOARD OF TRUSTEES OF COMMUNITY COLLEGE DISTRICT NO. 505 (PARKLAND COLLEGE) COUNTIES OF CHAMPAIGN, COLES, DEWITT, DOUGLAS, EDGAR, FORD, IROQUOIS, LIVINGSTON, MCLEAN, MOULTRIE, PIATT, VERMILION AND STATE OF ILLINOIS**, Defendant,
By: Meyer Capel, A Professional Corporation

By: **/s/ Lorna K. Geiler**
Lorna K. Geiler, Bar#6192940
Attorney for the Defendant
Meyer Capel, A Professional Corporation
306 W. Church St.
Champaign, IL 61820
Phone: (217) 352-9294
Email: lgeiler@meyercapel.com

## CERTIFICATE OF SERVICE BY ATTORNEY

       In accordance with Fed.R.Civ.P. 5(a) and LR5.3(c) the undersigned attorney certifies that the foregoing **DEFENDANT'S PROPOSED VOIR DIRE QUESTIONS** was filed with the Clerk of this Court by submission of the same via this Court's Electronic Case File System ("ECF") on January 18, 2023 and that notice of said electronic filing will automatically be transmitted by email to:

**David Brian Levin -** dlevin@toddflaw.com

**Steven Gene Perry -** sperry@toddflaw.com

By:    **/s/ Lorna K. Geiler**
            Lorna K. Geiler, Bar#6192940
            Attorney for the Defendant
            Meyer Capel, A Professional Corporation
            306 W. Church St.
            Champaign, IL 61820
            Phone: (217) 352-1800
            Email: lgeiler@meyercapel.com