## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| RYAN ROBB, ) | |
| ) | |
| Plaintiff, ) | Case No. 2:18-cv-02307-SEM-EIL |
| ) | |
| v. ) | Honorable Judge Sue E. Myerscough |
| ) | |
| BOARD OF TRUSTEES OF ) | |
| COMMUNITY COLLEGE DISTRICT ) | |
| NO. 505 (PARKLAND COLLEGE) ) | |
| COUNTIES OF CHAMPAIGN, COLES, ) | |
| DEWITT, DOUGLAS, EDGAR, FORD, ) | |
| IROQUOIS, LIVINGSTON, MCLEAN, ) | |
| MOULTRIE, PIATT, VERMILION AND ) | |
| STATE OF ILLINOIS, ) | |
| ) | |
| Defendant. ) | |

### PLAINTIFF'S PROPOSED VOIR DIRE QUESTIONS

Now comes the Plaintiff, RYAN ROBB, by and through his attorneys, and submits the following proposed voir dire questions for the trial of this matter:

1. Have you, a family member, or close friend been involuntarily terminated from a job under circumstances you felt were unfair?

    a. If so, what were those circumstances?

2. Have you, a family member, or close friend ever worked for a governmental entity or agency?

    a. If so, which one?

    b. For how long?

    c. In what sort of position?

3. The Defendant in this case is the Board of Trustees of Parkland College, a local governmental entity. Do you believe government employers should be held to the same legal standards as private employers?

4. Have you, a family member, or close friend ever worked for a college or university?

   a. If so, which one?

   b. For how long?

   c. In what sort of position?

5. Have you, a family member, or close friend ever had a job where you had tenure?

   a. If so, where did you work at that time

   b. What sort of position did your hold?

6. Have you ever sued an employer or former employer?

   a. If so, did you sue them for?

   b. What was the outcome of that case?

7. Have you, a family member, or close friend ever filed a lawsuit of any kind or been sued yourself by someone else?

   a. If so, what were the circumstances of the lawsuit?

   b. What was the outcome of that case?

8. Have you, a family member, or close friend ever testified in a lawsuit, either in a deposition or in court?

   a. If so, what were the circumstances of the lawsuit?

   b. What was the outcome of that case?

9. Have you, a family member, or close friend ever been a victim of what you believed to be discrimination?

      a.      If so, what were the circumstances?

10.      Have you, a family member, or close friend ever filed a complaint or had any other involvement with the Equal Employment Opportunity Commission (EEOC), the Illinois Department of Human Rights, or a similar agency?

      a.      If so, what were the circumstances of the lawsuit?

      b.      What was the outcome?

11.      Have you, a family member, or close friend ever felt you were being retaliated against by your employer, manager, or supervisor?

      a.      If so, what were the circumstances?

      b.      What do you believe you were being retaliated against for?

      c.      How were you retaliated against?

12.      Have you, a family member, or close friend ever filed a complaint with an employer's human resources department?

      a.      If so, what were the circumstances of your complaint?

      b.      Did the employer investigate the complaint?

      c.      What was the outcome of the investigation?

13.      Has a fear or concern about retaliation ever held you back from reporting a situation in your workplace that you thought was not right?

      a.      If so, what were the circumstances?

14.      Have you, a family member, or close friend ever been a member of a labor union?

      a.      If so, which one?

      b.      What job do you hold, or did you hold at that time?

      c.      For whom did you work while you were a member of the union?

        d.      Did the union ever assist you with a problem with the employer? If so, please explain the circumstances.

        e.      Did you ever have a problem or disagreement when seeking the assistance of the union? If so, please explain the circumstances.

15. Are you currently employed?

        a.      By whom?

        b.      For how long?

        c.      What is are your job title and duties?

        d.      Do you manage or supervise any employees?

        e.      If yes, how many employees to you manage and what does that involve?

16. If you are not currently employed, when were you last employed?

        a.      By whom?

        b.      For how long?

        c.      What is are your job title and duties?

        d.      Do you manage or supervise any employees?

        e.      If yes, how many employees to you manage and what does that involve?

17. Have you, a family member, or close friend ever attended Parkland College?

        a.      If so, when and for how long?

        b.      Did you or they obtain a degree?

        c.      What did you study?

18. Have you, a family member, or close friend ever worked in a teaching position?

        a.      If so, where, when, and what did you teach?

19. Have you, a family member, or close friend ever worked in agriculture or farming?

    a.    If so, please explain.

20.    Do you or your spouse hold a degree beyond high school graduation?

    a.    If yes, what sort of degree (bachelor's, master's, PhD, etc.)?

    b.    In what area of study did you obtain your degree?


RESPECTFULLY SUBMITTED,

RYAN ROBB

By:  /s/ David B. Levin
      Attorney for Plaintiff
      Law Offices of Todd M. Friedman, P.C.
      707 Skokie Blvd., Suite 600
      Northbrook, IL 60062
      Phone: (224) 218-0882
      Fax: (866) 633-0228
      dlevin@toddflaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that, on January 18, 2023, a copy of the foregoing Proposed Voir Dire Questions was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

/s/ David B. Levin
Attorney for Plaintiff