# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| RYAN ROBB, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:18-cv-02307-SEM-EIL |
| ) | |
| ) | Honorable Judge Sue E. Myerscough |
| BOARD OF TRUSTEES OF PARKLAND ) | |
| COLLEGE, COMMUNITY COLLEGE ) | |
| DISTRICT NO. 505, ) | |
| ) | |
| Defendant. ) | |

**UNOPPOSED MOTION TO SET TELEPHONE OR VIDEO STATUS CONFERENCE BEFORE HONORABLE JUDGE SUE E. MYERSCOUGH**

NOW COMES the Defendant, BOARD OF TRUSTEES OF COMMUNITY COLLEGE DISTRICT NO. 505 (PARKLAND COLLEGE) COUNTIES OF CHAMPAIGN, COLES, DEWITT, DOUGLAS, EDGAR, FORD, IROQUOIS, LIVINGSTON, MCLEAN, MOULTRIE, PIATT, VERMILION AND STATE OF ILLINOIS ("Parkland College,") by its attorneys Meyer Capel, A Professional Corporation, and respectfully request the Court set a Status Conference to be held via telephone or videoconference before Honorable Judge Sue E. Myerscough. In support therefore, the Parties state as follows:

1. The Plaintiff requested the trial setting of January 30, 2023 to be continued based on the health condition and unavailability of a witness Plaintiff deems key to this matter.

2. Over Defendant's objection, the Court continued the Trial and it has now be set for August 7, 2023.

3. To avoid any further continuances or delays, the Defendant is requesting a status conference for the purposes of the Court setting a short briefing schedule on the pending Motion

in Limine as to the testimony of Kaizad Irani [DOC#116] so that the parties can determine how to proceed best with obtaining Mr. Irani's testimony for trial.

    4.       The Plaintiff does not object to the filing of this Motion.

    5.       At this time, the Parties availability for a Status Conference is as follows:

- 2/1 from 11 AM-3:00 PM
- 2/2 after 3:30 PM
- 2/7 after 1:00 PM
- 2/8 all day
- 2/15 all day
- 2/16 all day
- 2/17 until 2:30 PM

WHEREFORE, the Defendant respectfully request the Court enter an Order setting a Status Conference before Honorable Judge Sue E. Myerscough via telephone or videoconference.

RESPECTFULLY SUBMITTED,
BOARD OF TRUSTEES OF COMMUNITY
COLLEGE DISTRICT NO.
505 (PARKLAND COLLEGE) COUNTIES OF
CHAMPAIGN, COLES, DEWITT, DOUGLAS,
EDGAR, FORD, IROQUOIS, LIVINGSTON,
MCLEAN, MOULTRIE, PIATT, VERMILION
AND STATE OF ILLINOIS

By: /s/ Lorna K. Geiler
Attorney for Defendant
Illinois Attorney No. 6192940
Meyer Capel, A Professional Corporation
306 W. Church St.
Champaign, IL 61820
Phone: (217) 352-1800
lgeiler@meyercapel.com

**CERTIFICATE OF SERVICE BY ATTORNEY**

      In accordance with Fed.R.Civ.P. 5(a) and LR5.3(c) the undersigned attorney certifies that the foregoing **UNOPPOSED MOTION TO SET TELEPHONE OR VIDEO STATUS CONFERENCE BEFORE HONORABLE JUDGE SUE E. MYERSCOUGH** was filed with the Clerk of this Court by submission of the same via this Court's Electronic Case File System ("ECF") on January 30, 2023 and that notice of said electronic filing will automatically be transmitted by email to:

**David Brian Levin -** dlevin@toddflaw.com

**Steven Gene Perry -** sperry@toddflaw.com

      By:    **/s/ Lorna K. Geiler**
                  Lorna K. Geiler, Bar#6192940
                  Attorney for the Defendant
                  Meyer Capel, A Professional Corporation
                  306 W. Church St.
                  Champaign, IL 61820
                  Phone: (217) 352-1800
                  Email: lgeiler@meyercapel.com