# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| RYAN ROBB, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:18-cv-02307-SEM-EIL |
| | ) | |
| | ) | Honorable Judge Sue E. Myerscough |
| BOARD OF TRUSTEES OF COMMUNITY | ) | |
| COLLEGE, DISTRICT NO. 505 (PARKLAND | ) | |
| COLLEGE) COUNTIES OF CHAMPAIGN, | ) | |
| COLES, DEWITT, DOUGLAS, EDGAR, FORD, | ) | |
| IROQUOIS, LIVINGSTON, MCLEAN, | ) | |
| MOULTRIE, PIATT, VERMILION AND STATE | ) | |
| OF ILLINOIS, | ) | |
| | ) | |
| Defendant. | ) | |

Counsel for Plaintiff hereby notifies the Court and all parties of the following change of office address, effective immediately:

>Steven G. Perry
>Law Offices of Todd M. Friedman, P.C.
>707 Skokie Blvd.
>Suite 600
>Northbrook, IL 60062

>Respectfully Submitted,

>/s/ Steven G. Perry
>Attorney for Plaintiff
>Law Offices of Todd M. Friedman. P.C.
>707 Skokie Blvd., Suite 600
>Northbrook, IL 60062
>Phone: (224) 218-0875
>Fax: (866) 633-0228
>sperry@toddflaw.com

## CERTIFICATE OF SERVICE

    I, Steven G. Perry, attorney for the Plaintiff herein, certify that on February 1, 2023, a copy of the foregoing Notice of Change of Address was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing systems to all parties indicated on the electronic filing receipt.

                                              /s/ Steven G. Perry
                                              Attorney for Plaintiff