IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| RYAN ROBB, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:18-cv-02307-SEM-EIL |
| ) | |
| ) | Honorable Judge Sue E. Myerscough |
| BOARD OF TRUSTEES OF COMMUNITY ) | |
| COLLEGE DISTRICT NO. 505 (PARKLAND ) | |
| COLLEGE) COUNTIES OF CHAMPAIGN, ) | |
| COLES, DEWITT, DOUGLAS, EDGAR, FORD, ) | |
| IROQUOIS, LIVINGSTON, MCLEAN, ) | |
| MOULTRIE, PIATT, VERMILION AND ) | |
| STATE OF ILLINOIS, ) | |
| ) | |
| Defendant. ) | |

## STIPULATIONS OF FACT

NOW COME the Plaintiff, RYAN ROBB ("Plaintiff"), and the Defendant, BOARD OF TRUSTEES OF COMMUNITY COLLEGE DISTRICT NO. 505 (PARKLAND COLLEGE) COUNTIES OF CHAMPAIGN, COLES, DEWITT, DOUGLAS, EDGAR, FORD, IROQUOIS, LIVINGSTON, MCLEAN, MOULTRIE, PIATT, VERMILION AND STATE OF ILLINOIS ("Defendant") (collectively referred to as the "Parties"), by and through their respective counsel, and hereby stipulate as follows:

1. Plaintiff began his employment with Defendant at Parkland College on August 18, 2003.

2. Plaintiff became a full-time faculty member in the Parkland College Agriculture Program beginning September 1, 2003.

3. As a full-time faculty member, the Plaintiff was a member of the Parkland Academic Employees Union.

4. On January 18, 2006, the Defendant Board of Trustees approved the recommendation of Plaintiff's Department Head, Bruce Henrikson, and granted Plaintiff tenure.

5. At all times relevant to this case, Plaintiff and Defendant were and are "persons," as defined in 42 U.S.C. § 2000e(a).

6. At all times relevant to this case, Defendant was and is an "employer," as defined in 42 U.S.C. § 2000e(b).

7. At all times relevant to this case, Plaintiff was an "employee" of Defendant, as defined in 42 U.S.C. § 2000e(f).

8. Plaintiff filed his Charge of Discrimination with the EEOC on April 5, 2017.

9. Plaintiff filed a Harassment/Discrimination Complaint with the Parkland College human resources department against Jennifer Fridgen, which is dated April 4, 2017.

10. Plaintiff filed a Harassment/Discrimination Complaint with the Parkland College human resources department against James (Jim) Mansfield, which is dated April 4, 2017.

11. Plaintiff's position with Defendant and Parkland College was eliminated through a reduction-in-force, which was approved by the Defendant Board of Trustees on October 17, 2018.

12. The reduction-in-force resulted in the layoff of Plaintiff from Parkland College, beginning with the 2019-2020 Academic Year.

13. Defendant did not terminate Plaintiff's employment as a result of any misconduct or wrongdoing by Plaintiff.

14. Plaintiff was employed by Parkland College from August 18, 2003 through May 16, 2019.

15. Plaintiff's most recent position with Defendant was as a full-time faculty member and college professor in the Agricultural Program within the Agriculture, Engineering, Science, and Technologies Department of Parkland College.

RESPECTFULLY SUBMITTED,

RYAN ROBB

By: /s/ David B. Levin
Attorney for Plaintiff
Law Offices of Todd M. Friedman, P.C.
707 Skokie Blvd., Suite 600
Northbrook, IL 60062
Phone: (224) 218-0882
dlevin@toddflaw.com

BOARD OF TRUSTEES OF COMMUNITY COLLEGE DISTRICT NO. 505 (PARKLAND COLLEGE) COUNTIES OF CHAMPAIGN, COLES, DEWITT, DOUGLAS, EDGAR, FORD, IROQUOIS, LIVINGSTON, MCLEAN, MOULTRIE, PIATT, VERMILION AND STATE OF ILLINOIS

By: /s/ Lorna K. Geiler
Attorney for Defendant
Meyer Capel, A Professional Corporation
306 W. Church Street
Champaign, IL 61820
Phone: (217) 352-1800
lgeiler@meyercapel.com

**CERTIFICATE OF SERVICE**

I hereby certify that, on July 28, 2023, a copy of the foregoing Stipulations was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

/s/ David B. Levin
Attorney for Plaintiff