**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| RYAN ROBB, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:18-cv-02307-SEM-EIL |
| | ) | |
| | ) | Honorable Judge Sue E. Myerscough |
| BOARD OF TRUSTEES OF COMMUNITY | ) | |
| COLLEGE DISTRICT NO. 505 (PARKLAND | ) | |
| COLLEGE) COUNTIES OF CHAMPAIGN, | ) | |
| COLES, DEWITT, DOUGLAS, EDGAR, FORD, | ) | |
| IROQUOIS, LIVINGSTON, MCLEAN, | ) | |
| MOULTRIE, PIATT, VERMILION AND | ) | |
| STATE OF ILLINOIS, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S PROPOSED REVISIONS TO STATEMENT OF THE CASE**

NOW COMES the Defendant, BOARD OF TRUSTEES OF COMMUNITY COLLEGE DISTRICT NO. 505 (PARKLAND COLLEGE) COUNTIES OF CHAMPAIGN, COLES, DEWITT, DOUGLAS, EDGAR, FORD, IROQUOIS, LIVINGSTON, MCLEAN, MOULTRIE, PIATT, VERMILION AND STATE OF ILLINOIS, by and through its counsel, Lorna K. Geiler, of Meyer Capel, A Professional Corporation and hereby serves notice of the filing of the attached proposed revisions to the Statement of the Case [Doc. 157 pp. 15-20].

Respectfully Submitted,

BOARD OF TRUSTEES OF COMMUNITY
COLLEGE DISTRICT NO. 505 (PARKLAND
COLLEGE) COUNTIES OF CHAMPAIGN, COLES,
DEWITT, DOUGLAS, EDGAR, FORD, IROQUOIS,
LIVINGSTON, MCLEAN, MOULTRIE, PIATT,
VERMILION AND STATE OF ILLINOIS, Defendant,

By: Meyer Capel, A Professional Corporation

By: **/s/ Lorna K. Geiler**
Lorna K. Geiler, Bar#6192940
Attorney for the Defendant
Meyer Capel, A Professional Corporation
306 W. Church St.
Champaign, IL 61820
Phone: (217) 352-1800
Email: lgeiler@meyercapel.com

**CERTIFICATE OF SERVICE BY ATTORNEY**

      In accordance with Fed.R.Civ.P. 5(a) the undersigned attorney certifies, under penalty of perjury, as provided by law pursuant to 28 U.S.C. § 1746, that the statements set forth in this instrument are true and correct and that on the 4th day of August, 2023, I caused to be electronically filed the foregoing **DEFENDANT'S PROPOSED REVISIONS TO STATEMENT OF THE CASE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

**David Brian Levin -** dlevin@toddflaw.com
**Steven Gene Perry -** sperry@toddflaw.com

      **s/ Lorna K. Geiler**
Lorna K. Geiler, No. 6192940
Attorney for the Defendant
Meyer Capel, A Professional Corporation
306 W. Church Street
Champaign, IL 61820
Telephone: (217) 352-1800
Fax: (217) 352-1083
lgeiler@meyercapel.com