## **VERDICT FORM**

### A. **Liability**

(If you find for Plaintiff Ryan Robb on one or more of the following claims, you must then proceed to Section B.)

1. We, the jury, find as follows on Plaintiff Ryan Robb's claim against Defendant that he was subjected to less favorable terms and conditions of employment in retaliation for engaging in the protected activities of acting as a witness in the investigation of his co-worker's EEOC charge of discrimination, filing internal retaliation complaints, or filing his own EEOC charge of retaliation.

_____ Yes – for Plaintiff Ryan Robb

___✓___ No – for Defendant Board of Trustees of Community College District No. 505 (Parkland College) Counties Of Champaign, Coles, Dewitt, Douglas, Edgar, Ford, Iroquois, Livingston, Mclean, Moultrie, Piatt, Vermilion and State Of Illinois

**2.**   We, the jury, find as follows on Plaintiff Ryan Robb's claim against Defendant that his employment was terminated pursuant to a reduction in force in retaliation for engaging in the protected activities of acting as a witness in the investigation of his co-worker's EEOC charge of discrimination, filing internal retaliation complaints, or filing his own EEOC charge of retaliation.

_____   Yes – for Plaintiff Ryan Robb

_____   No – for Defendant Board of Trustees of
Community College District No. 505
(Parkland College) Counties Of Champaign,
Coles, Dewitt, Douglas, Edgar, Ford,
Iroquois, Livingston, Mclean, Moultrie,
Piatt, Vermilion and State Of Illinois

## B.   Damages

**1.**   We, the jury, award Plaintiff Ryan Robb compensatory damages as follows:  $ _____

(Answer only if you found for Plaintiff on Claim No. 1 above.)

**2.** We, the jury, award Plaintiff Ryan Robb compensatory damages as follows: $ _____

(Answer only if you found for Plaintiff on Claim No. 2 above.)

s/ Juror
_____
Presiding Juror

s/ Juror
_____
Juror

s/ Juror
Juror

s/ Juror
Juror

s/ Juror
Juror

s/ Juror
Juror

s/ Juror
Juror

Dated: _____8/15/23_____