Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| **Ryan Robb** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **Case Number: 18-2307** |
| ) | |
| **Board of Trustees of Community College** ) | |
| **District No. 505** ) | |
| ) | |
| **Defendant.** ) | |

## JUDGMENT IN A CIVIL CASE

☒ **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **DECISION BY THE COURT.** This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the issues have been tried and the jury has entered its verdict in favor of Defendant and against the Plaintiff.

**Dated: 8/15/2023**

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court

Approved:   s/ Sue E. Myerscough
Sue E. Myerscough
U.S. District Judge